IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| THOMAS P. JACQUES,<br><br>    Plaintiff,<br><br>vs.<br><br>HAAS GROUP INTERNATIONAL, INC.,<br><br>    Defendant. | CV 14-135-BLG-SPW<br><br>ORDER |

The Court has reviewed the parties' cross-motions in limine (Doc. 71; Doc. 73) and determined additional argument is required. Counsel should be prepared to argue the motions at the Final Pretrial Conference set for October 11, 2016.

DATED this 3rd day of October, 2016.

                                                _/s/ Susan P. Watters_
                                                SUSAN P. WATTERS
                                                United States District Judge