
FILED
OCT 18 2016
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, <br><br> Plaintiff, <br><br> vs. <br><br> HAAS GROUP INTERNATIONAL, INC., <br><br> Defendant. | CV 14-135-BLG-SPW <br><br> ORDER |

Before the Court are the parties' objections to designated portions of witness depositions. (Doc. 81-2; Doc. 81-5). The Court has reviewed the deposition transcripts and orders all objections are sustained apart from the following designations:

**Declan Grant**: 105:7-25; 110:21-111:10; 113:18-114:11.

**Todd Renehan**: 119:24-122:15; 123:9-127:15; 145:13-146:10; 147:15-23.

DATED this 18th day of October, 2016.

SUSAN P. WATTERS
United States District Judge