IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| THOMAS P. JACQUES, | CV 14-135-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HAAS GROUP INTERNATIONAL, INC., | |
| Defendant. | |

Upon consideration of the Defendant's Unopposed Motion to File Under Seal (Doc. 96), and for good cause appearing,

IT IS HEREBY ORDERED that the motion shall be, and hereby is, **GRANTED**;

IT IS FURTHER ORDERED that the lodged sealed document filed in connection with the motion shall be kept under seal until otherwise ordered by the Court.

DATED this 19th day of October, 2016.

SUSAN P. WATTERS
United States District Judge

1