IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, | CV 14-135-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| HAAS GROUP INTERNATIONAL, INC., | |
| Defendant. | |

IT IS ORDERED that counsel of record and their staff shall be allowed to bring personal electronic devices, including cell phones and laptops, into the James F. Battin United States Courthouse, in preparation for and during trial of the above-captioned action.

Counsel of record are:

Elizabeth L. Griffing
Tom Singer
Charles Henry Carpenter
Joseph B. Farrell

Counsel are cautioned that cell phones must be turned off during court proceedings.

DATED this 24th day of October, 2016.

1

SUSAN P. WATTERS
United States District Judge