UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, <br><br> Plaintiff, <br><br> vs. <br><br> HAAS GROUP INTERNATIONAL, LLC, <br><br> Defendant. | CV-14-135-BLG-SPW <br><br> ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 28th day of October, 2016.

*Susan P. Watters*
Honorable Susan P. Watters
United States District Judge