

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| THOMAS P. JACQUES, | Cause No. CV-14-135-BLG-SPW |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL DOCUMENT 56-23** |
| HAAS GROUP INTERNATIONAL, LLC, | |
| Defendant. | |

Pursuant to Plaintiff's Unopposed Motion to Seal Document 56-23 (Doc. 122), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. 122) is GRANTED.

DATED this 1st day of November, 2016.

SUSAN P. WATTERS
United States District Judge