IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 07 2016
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| THOMAS P. JACQUES,<br><br>Plaintiff,<br><br>vs.<br><br>HAAS GROUP INTERNATIONAL, INC.,<br><br>Defendant. | CV 14-135-BLG-SPW<br><br>ORDER |

On October 28, 2016, the jury returned a special verdict awarding Plaintiff Thomas P. Jacques punitive damages. (Docs. 112 and 114). Pursuant to Mont. Code Ann. § 27-1-221(7)(c), the Court is required to review the jury's award of punitive damages, giving consideration to the factors listed in Mont. Code Ann. § 27-1-221(7)(b). The Court is then required to submit findings of fact and conclusions of law, clearly stating its reasons for increasing, decreasing, or not increasing or decreasing the punitive damages award. Mont. Code Ann. § 27-1-221(7)(c).

IT IS HEREBY ORDERED that the parties shall submit simultaneous briefing on the factors listed in Mont. Code Ann. § 27-1-221(7)(b) based on the record before the Court. Briefs are due 14 days from the date of this Order.

1

DATED this 7th day of November, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge