

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| THOMAS P. JACQUES, | CV 14-135-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HAAS GROUP INTERNATIONAL, INC., | |
| Defendant. | |

This action was tried before the Court and a jury beginning on October 24, 2016. The jury rendered its verdicts for compensatory and punitive damages on October 28, 2016.

THEREFORE, IT IS HEREBY ORDERED that judgment upon the jury verdicts be entered by the Clerk of Court in favor of Plaintiff Thomas P. Jacques as follows: $101,330.25 in unpaid commissions and penalties under the Wage Payment Act, $598,122.00 in compensatory damages under the Wrongful Discharge Act, and $725,358.50 in punitive damages, together with interest on the total of those amounts at the legal rate pursuant to 28 U.S.C. §1961, plus his costs and reasonable attorney fees and expenses, which will be determined by the Court in due course.

DATED this 13th day of December, 2016.

SUSAN P. WATTERS
United States District Judge

2