# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, | Case No. CV-14-135-BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| HAAS GROUP INTERNATIONAL, INC., | |
| Defendant. | |

**X**　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.


### JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT.


$101,330.25 in unpaid commissions and penalties under the Wage Payment Act, $598, 122.00 in compensatory damages under the Wrongful Discharge Act, and $725,358.50 in punitive damages, together with interest on the total of those amounts at the legal rate pursuant to 28 U.S.C. § 1961, plus his costs and reasonable attorney fees and expenses, which will be determined by the Court in due course. (reference docket entries 127 & 128)

Dated this 14th day of December, 2016.


TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk