
FILED
JAN 06 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES,<br><br>Plaintiff,<br><br>v.<br><br>HAAS GROUP INTERNATIONAL, LLC,<br><br>Defendant. | Cause No. CV-14-135-BLG-SPW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO REGISTER THE JUDGMENT** |

Pursuant to Plaintiff's Unopposed Motion for Leave to Register the Judgment and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. 138) is GRANTED. Plaintiff may register the judgment in United States District Courts outside of this District.

DATED this 6th day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge