IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, | CV 14-135-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| HAAS GROUP INTERNATIONAL, INC., | |
| Defendant. | |

Before the Court is Plaintiff Thomas Jacques' Motion for Attorney Fees and Costs (Doc. 131). Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(iv), Jacques is ordered to disclose the terms of his fee agreement for the services for which the claim is made.

DATED this 23rd day of January, 2017.

SUSAN P. WATTERS
United States District Judge