T. Thomas Singer
Axilon Law Group, PLLC
115 North Broadway, Ste. 310
P.O. Box 987
Billings, MT 59103-0987
Telephone (406) 294-9446
Facsimile (406) 294-9468
tsinger@axilonlaw.com

Elizabeth L. Griffing
Axilon Law Group, PLLC
Power Block, Ste. 4P
7 West 6th Ave.
Helena, MT 59601
Telephone: (406) 457-5465
Facsimile: (406) 447-4255
bgriffing@axilonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| THOMAS P. JACQUES, <br><br> Plaintiff, <br><br> v. <br><br> HAAS GROUP INTERNATIONAL INC., <br><br> Defendant. | Cause No. CV-14-135-BLG-SPW <br><br><br> **SATISFACTION OF JUDGMENT** |

Judgment was rendered in favor of Plaintiff Thomas Jacques on December 14, 2016, and attorney's fees and costs were granted on February 22, 2017.

Thomas Jacques hereby acknowledges satisfaction of said judgment, including

attorney's fees, costs, and interest, in full.

DATED this 7th day of April, 2017.

                                                          /s/ T. Thomas Singer
                                                          T. Thomas Singer
                                                          Axilon Law Group, PLLC
                                                          *Attorneys for Plaintiff*